# EXHIBIT B


zz
lor
al
it's a 10
miracle
leave-in
product
295.7ml℮ / 10 fl oz
MADE IN THE USA
it's a 10
miracle
leave-in
product
120ml℮ / 4 fl oz
it's a 10
miracle
leave-in
product