# Exhibit C




# beauty

## STAR STYLES

>> For a celeb on the red carpet, a great updo is as essential as a killer dress. Devin Toth, lead stylist at New York's Ted Gibson salon, tells us how these looks can work for your wedding:



1 **TOUSLED CHIGNON** "**Anna Paquin**'s style is easy to do and not contrived. Since it's carefree and natural, it's perfect for a destination wedding."



2 **MODERN TWIST** "I love how this do emphasizes **Jennifer Hudson**'s great bone structure. At an evening wedding, it would add polish without being stuffy."



3 **GLAM CHIGNON** "At a black-tie wedding, you want something finished and elegant but also soft and feminine, like **Mila Kunis**'s textured tresses."



4 **HIGH PONYTAIL** "The higher the pony, the younger the look. **Reese Witherspoon**'s is simple, versatile, and ideal for a dramatic, loftlike space."



**HOLDING STEADY** MAYBE YOU HAVEN'T USED HAIRSPRAY SINCE YOUR BALLET RECITALS, BUT YOU'LL NEED IT TO KEEP YOUR COIF IN PLACE THROUGH THE AFTER-PARTY. HERE ARE OUR FAVES:

**FROM LEFT** It's a 10 Miracle Finishing Spray, $17. Kevin.Murphy Texture.Master Stronghold Texture Mist, $25. Blow Blow Out spray, $19.75. Bed Head TIGI Hard Head Hard Hold hairspray, $14.50. Keratin Complex Style Therapy Flex Flow Finishing hairspray, $20. Sebastian Professional Shaper Zero Gravity, $15.95. L'Oréal Paris Elnett Satin Extra Strong Hold hairspray, $14.99.



Gems like these brooches elegantly accent a French twist. Crystal hair sticks, [illegible]

## updos: what to know

NEW YORK HAIRSTYLIST PAUL LABRECQUE GIVES US TIPS FOR LOCKING IN A BEAUTIFUL BIG-DAY STYLE

**DO** have a trial run before the wedding. "It should ideally be with a stylist you know and like," he says. If his first attempt doesn't wow you, ask him to rework it. And snap a picture to get a sense of how it will photograph.

**DON'T** wash your hair the day of the wedding—do it the night before. Otherwise, your hair will be slippery and the updo won't hold as well. (Day-old hair is easier to style.)

**DO** pick a hairspray with a low alcohol content, which will prevent "crispy" hair. Start with a little, and add more if needed.

**DON'T** forget about your reception look. If you're planning to remove your veil and add hair accessories like jeweled clips, Labrecque suggests having your stylist show Mom or the maid of honor how to do it without messing up your mane.

**DO** consider your face shape. Styles worn high on the head slim a round face, while wisps added to an updo will soften angular features.

**DON'T** overdose on sparkly accessories. "Even Kate Middleton's tiara didn't outshine her face or gown," he adds.




beauty AWARDS EDITORS' PICKS

Teen Vogue's beauty team tells all.

## EVA CHEN:

BEAUTY AND HEALTH DIRECTOR

A lovely perk of my job is that I can sit at my desk and apply makeup all day long in the name of "research." So when I leave my apartment each morning, I tend to have on the bare minimum—a great balm (the better to apply lipstick onto!) and a long-wear eyeliner that can withstand multiple eye-shadow applications (and reapplications). EOS balms are an essential for my cavernous handbags—it's easy to spot a bright-green orb—and Estée Lauder's eyeliner stays on through whatever the beauty world throws at me!

EOS Organic Lip Balm Smooth Sphere in Sweet Mint, $4, evolutionofsmooth.com.

CLARISONIC Mia 2 Sonic Skin Cleansing System, $149, Macy's.

ESTÉE LAUDER Double Wear Stay-in-Place Gel Eyeliner in Stay Midnight, $22, Saks Fifth Avenue.

"I DREAD FACIALS THE WAY MOST PEOPLE DREAD THE DENTIST—THANKFULLY, USING MY CLARISONIC REGULARLY MEANS THAT I DON'T NEED THEM!"

COVERGIRL NatureLuxe Gloss Balm in 225, $7.

BENEFIT They're Real! Mascara, $22, benefitcosmetics.com.

BUMBLE AND BUMBLE Creme de Coco Shampoo, $23, bumbleandbumble.com.

"IT'S TOUGH TO FIND A MASCARA THAT DOESN'T SMUDGE ONTO MY LIDS, BUT THIS ONE FROM BENEFIT STAYS PUT. PLUS, IT MAKES MY LASHES LOOK INCREDIBLY LONG"

## JANE SHIN PARK:

BEAUTY AND HEALTH EDITOR

From fending off dry, chapped lips to keeping my long locks feeling soft and healthy, my beauty routine is all about hydration. My hair in particular needs extra help because I use a blow-dryer regularly, so the ends can get really rough and dry. I swear by Bumble and Bumble's Creme de Coco shampoo—it's so moisturizing that my hair shows no signs of heat damage at all, and the light coconut scent is heavenly! For my lips, I always turn to CoverGirl's NatureLuxe Gloss Balm. It's seriously a no-brainer: This balm feels amazing, protects with SPF 15, leaves behind just the right amount of sheer color, and is totally affordable.

PETER THOMAS ROTH Lashes to Die For The Liner, $28, Sephora.

CHANEL Correcteur Perfection Concealer in Beige Ivoire, $40, Bergdorf Goodman NYC.

## LAUREL PANTIN:

ASSISTANT BEAUTY EDITOR

Barring a punk phase during my adolescence, I've never been much of an eyeliner girl. That changed when I came across Peter Thomas Roth Lashes to Die For The Liner. The felt tip applicator deposits a totally natural-looking, whisper-light tint at your lash line. The fact that the formula contains lash-boosting peptides makes this a slam dunk in my book. Last fall, I chopped my hair into a supershort pixie cut. I have fine, curly hair, so I really rely on this fiber paste to keep my curls in line and prevent the fluffy baby-chick look I dread. I love that the formula isn't greasy and doesn't make me break out around my hairline, like some pastes can.

IT'S A 10 Miracle Texture Fiber, $20, itsa10haircare.com.

"AS IS TRUE WITH MOST THINGS CHANEL, THIS CONCEALER IS DIVINE! THE FORMULA IS SUPER LIGHT AND DOESN'T WEAR OFF"


THE MAGAZINE THE STARS TRUST
OK!
GET A COPY FOR A FRIEND TOO!
BIGGER BOOBS!
TELLTALE BUMP!
CURVIER BOOTY!
THE PHOTOS THAT SHOW
JEN'S PREGNANT
'This is the happiest I've ever been!'
PLUS WHY JUSTIN WILL BE A GREAT DAD!
WILLIAM AND KATE TALK
THE ROYAL BABY!
AMANDA KNOX IS FREE
EMOTIONAL JOURNEY HOME
KRIS AND KIM
THEIR NASTIEST FIGHT EVER


OK! GIFT GUIDE
Think PINK!
JOIN THE FIGHT THIS
BREAST CANCER AWARENESS MONTH
WITH A-LIST PICKS THAT GIVE BACK







CELEBRITY TRESSES: Christina Applegate

BEAUTY

# A GOOD HAIR DAY

**We can't all look like stunning starlet Christina Applegate,** but thanks to the experts at It's a 10, a Deerfield Beach-based global hair care brand, perhaps we can have luscious locks like hers.

Applegate is such an outspoken fan of the line, especially It's miracle leave-in product conditioner, that she recently teamed with founders Carolyn Plummer and Scott Scharg to promote a Limited Edition pink bottle of the stuff in honor of October's Breast Cancer Awareness month. Proceeds will benefit Applegate's Right Action for Women, her foundation to support breast cancer research. A breast cancer survivor, Applegate started the charity in 2008, after receiving her diagnosis.

"This product is truly a miracle and I am so grateful to It's a 10 for supporting Right Action for Women," says Applegate. "Proceeds from the sale will help women at high risk for breast cancer get the screenings they need to beat this disease."

Plummer, a former stylist and salon owner, and Scharg, a marketing and business executive, launched the multipurpose line 10 years ago. Today, the company's salon-quality shampoos, conditioners, masks and more are sold in stores worldwide, including Regis, Hair Cuttery, GBS Beauty and Trade Secret.

"Christina is an inspirational woman and her foundation is doing so much to help women understand their risk of breast cancer," says Plummer. "We are proud to support her work."

What could be better than great hair for a great cause?

*For more information, visit rightactionforwomen.org or itsa10haircare.com.*

STYLE&SOUL

The Inquirer philly.com

From Eagles to ballet dancers. Social Circuit, C4

It started in middle school. Love, C3

Wednesday, July 13, 2011 ★ Section C

# A lather over sulfates

Popular sulfate-free shampoos are great for keeping in keratin and color — and not so great for sudsing and cleaning.



Sulfate Soap





It's a 10 Miracle Leave-In Product, $20, at Salon Vanity, 1701 Walnut St., 215-925-2211, vanityphilly.com or itsa10haircare.com.

## More men struggling to balance work, family



# LOVE

BEHIND THE SCENES

DO YOU HAVE THE DATE?

## EMILY BRENNER & TOM CARACCIOLO

May 15, 2011 in Voorhees



# Sulfate-free shampoos, latest hair-care style






BE BEAUTIFUL Q&A



# BEAUTY TALK

This month, beauty editor KATE SANDOVAL helps you say buh-bye to dull skin—and hello to great hair and nails!

Q: MY SKIN IS SO GRAY IN THE WINTER. HOW CAN I MAKE IT LOOK MORE ALIVE?



*Exfoliate daily and dull days are done!*

**Q/ I HATE PAYING TO GET MY CURLY HAIR BLOWN OUT ONLY TO WORK OUT AND RUIN IT. WHAT'S THE BEST WAY TO WEAR MY HAIR WHILE I EXERCISE TO AVOID THIS?**

If we had the perfect solution, I think a lot of us would be working out more often (the Surgeon General agrees—see right). Unfortunately, if you sweat, your hair will curl. "But if you pull your hair back into a very tight, very high ponytail, you'll help prevent perspiration from spreading," says Carolyn Plummer, Puerto Rican hairstylist and founder of It's A to Hair Care. Also, wear a wide cotton headband across your hairline to soak up sweat and hold down frizz. Then, after you've finished working out, you have two choices: Take down the ponytail and allow your hair to dry into its natural texture, or spritz on dry shampoo to soak up oil (try Tigi Catwalk Transforming Dry Shampoo, $20) and smooth out your hair with a paddle brush and your blow-dryer. The cool setting will stop you from sweating more.



Thick then. Heavy coats of polish chip easily

Q: What can I do to make my nail polish stay on for more than a day?

YOUR TURN

YES, I DO

NO WAY

SCAN THIS BARCODE




**Beauty** INSIDER

# Who's Got the Best *Crown Braid?*

Tiaras are so…obvious. Crown braids are an equally glamorous but much subtler way to dress up hair. Nikki's mini twist is a stand-in for a headband, Stephanie's style creates a pretty frame for the celeb's face and Malin's plait adds a decorative touch to a standard bun.

**Star Tip**
Using a texturizing lotion or pomade gives braids definition and hold.



NIKKI REED


STEPHANIE PRATT


MALIN AKERMAN

STAR FAVES



It's a 10 Miracle Texture Fiber, $20, itsa10haircare.com

Oribe Gold Pomade, $49, oribe.com




looking good



## *Before You* Highlight...

It's important to get your hair to its healthiest state because the process involves bleach, which is drying. Nancy Braun, color director at the Rossano Ferretti Hair Spa in Beverly Hills, advises making these adjustments for up to six weeks (but no fewer than two) in advance of your coloring session.

- **Find alternative styling products for the ones that often leave residue behind.** Mousses, gels, and hairsprays are the common culprits. "The less buildup, the better able your hair is to take color," Braun explains. Dove Nourishing Oil Care Anti-Frizz Serum ($7; walgreens.com) offers smoothness, shine, and control in a lightweight formula.
- **Reduce hair washing to three times a week** to help retain your hair's natural oils.
- **Do a deep-conditioning treatment once a week.** Apply the product all over, not just on the ends, to ensure that you're nourishing the roots. Try It's a 10 Miracle Hair Mask, $25; *itsa10haircare.com for salons*









not ready to commit?

Choose Alterna Stylist 1 Night Highlights ($29; beauty.com), which wash out with your next shampoo.

## *After You* Highlight...

Now that you're rocking those eye-catching lighter pieces, here's how to keep them looking first-day fresh for longer.

- **Switch to cleansers for color-treated hair.** Clear Scalp & Hair Beauty Therapy Damage & Color Repair Nourishing Shampoo ($6; drugstore.com) guards against the damage that leads to fading.
- **Headed to the beach?** Take a wide-brimmed hat. Check out coveryourhair.com for options.
- **For extra protection, toss a conditioning spray that contains UV filters into your beach bag.** Our pick: Klorane Mango Oil, $14; *klorane.com*
- **Consider purchasing a shower filter.** In addition to eliminating 97 percent of damaging chlorine, the T3 Source Shower Filter In-Line ($70; t3micro.com), was shown in clinical testing to reduce frizz.







Win A $10,000 Fashion & Beauty Haul! Enter To Win P.18
seventeen
Special DOUBLE ISSUE!
200+ HOT HOLIDAY Deals!
★Makeup Under $5
★Jewelry Under $10
★Shoes Under $20
BREAKING DAWN EXCLUSIVE!
NIKKI REED Finally Opens Up About All The Twilight Drama
FREE NAIL POLISH PAGE 26
style stars 2011
BONUS Style Section!
The Best Celeb Fashion Of The Year
BEST. GIFTS. EVER!
What To Give, What To Get!
PLUS: Major Discounts On Everything
Your Perfect Party Look
FLIRTY HAIR, COOL BAGS & KILLER DRESSES!
DEC 2011/JAN 2012
$2.99
seventeen.com


beauty
Big & BOLD
HOW-TO:
Oversize curls make a major entrance. For mega volume, apply texturizer to damp hair, then blow-dry and wrap your hair in two-inch Velcro rollers for 15 minutes. Next try this flirty twist: Start a small braid from behind each ear, and join them into a side pony at the nape of your neck. Mist all over with shine spray so your curls catch the light.
CASCADING WAVES
SCULPTED CURLS
WILD TEXTURE
SIDE SWEEP






get gorgeous

If you have long hair, tangles can also be signs of damage. Anytime hair is weak, the potential for knot-caused breakage increases, says Elizabeth Cunnane Phillips, a trichologist at Philip Kingsley Clinic in New York City.

**TRESS TEST** Put your hair in a bun during a workout. If you can't run your fingers through it when you let it down afterward, try these tips.

**Start at the bottom.** Combing wet hair from the roots will only push tangles farther down the shaft. Instead, start from the ends and work your way up. Mist stubborn spots with a leave-in conditioner; we like It's a 10 Miracle Leave-In Product ($18, itsa10haircare.com for salons).

**Braid for impact.** Winter winds can kick up more knots. According to a Tresemme survey, 52 percent of women are likely to throw in the towel when styling their hair on a windy day. Before stepping out, work hair into a tight braid to protect it.

*Mane Mission*

MANAGEABILITY





fab freebies

TAKE ADVANTAGE

# Sizzling Sum

**Shear Magic**

**It's a 10 Miracle Leave-In Product** instantly transforms your tresses in multiple ways: It repairs damage, prevents future breakage, protects hair color, detangles snarls, enhances natural body, smoothes frizz and acts as a thermal protectant. Appropriate for all hair types, it will make you believe in miracles! **HERE'S THE DEAL:** 25 It's a 10 Miracle Leave-In Products, worth $19.96.

Everyday Indulgence

Instant Volume

Shear Magic

**It's a 10 Miracle Leave-In Product** instantly transforms your tresses in multiple ways: it repairs damage, prevents future breakage, protects hair color, detangles snarls, enhances natural body, smoothes frizz and acts as a thermal protectant. Appropriate for all hair types, it will make you believe in miracles! **HERE'S THE DEAL:** 25 It's a 10 Miracle Leave-In Products, worth $19.96.

Skin Quencher

Two Much







Boost your blowout by prepping tresses with **It's a 10! Miracle Blowdry Volumizer Lite.** Mist on wet hair to add volume, shine, UV protection and humidity-resistance before you blow-dry—the lightweight formula won't leave strands sticky and is build-up free. It's also non-flaking and will help your style last; $19, itsa10haircare.com for salon locator.


YOU COULD WIN A $10,000 SHOPPING SPREE!
seventeen
TONS OF FREE STUFF INSIDE!
✔Clothes
✔Shoes
✔Makeup
& More
Enter To Win!
Pretty Little Liars' LUCY HALE
The Juicy Secret She's Been Keeping—Until Now
Perfect Hair ALL SUMMER
200+ Hot Fashion Deals! UNDER $20
PLUS: Facebook Tricks That Will Save You Even More $$$
She Lost 75 Pounds!
BONUS MAG
Get Your Best Body Now!
JUNE/JULY 2011 $2.99
OMG! The Weird Thing Guys Do Before They Hit The Beach
seventeen.com


ENTER TO WIN A $1,000 SHOPPING SPREE EVERY DAY!
July FREEBIES!
End your summer in style! Enter every day in July for a chance at $1,000 worth of goodies at seventeen.com.
SUNDAY MONDAY TUESDAY WEDNESDAY THURSDAY FRIDAY SATURDAY
HOW TO ENTER: Starting July 1, log on to seventeen.com/freebies every day and type in the Freebie Phrase of the Day [in red] to be eligible to win that day's prize. But hurry—each Freebie will be live for just 24 hours beginning at 12 A.M. ET. Winners will be posted online the next weekday by 10 A.M. ET. Go to seventeen.com/freebies or see page 150 for details.
Save this calendar for a chance to win every day in July!
1 stila [shiny]
2 [score]
3 VANS [ride]
4 VICTORIA'S SECRET [flirt]
5 citré shine [sparkle]
6 [barefoot]
7 [cool]
8 L'ORÉAL [bright]
9 [dress]
10 Windows 7 [ikat]
11 L.A. LOOKS [twist]
12 Baby-G [time]
13 umbra [sort]
14 jcpenney [party]
15 [fit]
16 Abbey [punk]
17 htc quietly brilliant [talk]
18 [candy]
19 [major]
20 sofia [rock]
21 adidas [glam]
22 [whisper]
23 It's a 10 [awesome]
24 [speed]
31 SHINE [gloss]
25 Wanted [float]
26 sip [zoom]
27 [fly]
28 GALAXY Tab [warm]
29 Goody [soak]
30 [glitter]