# EXHIBIT D


sosilk
10 PLUS
BIOPLUS
miracle
leave-in
treatment
tratamiento milagroso duradero
sosilk
salon inspired
BIOPLUS
silk
drops
gotas
de seda
BTN SILK REPAIR DROPS
7.99
SOSLK MRCL LVIN TRTM 6 OZ
13.99
BIO PLS SOSILK DROPS 6 OZ
10.29
13.49


sosilk
10
PLUS
BIOPLUS
miracle
leave-in
treatment
tratamiento
milagroso duradero
6 fl oz/Cont. Net. 177 mL